United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 7, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-50776
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JANEEN AVIS SEFREN, also known as Janeen Sefren,

Defendant-Appellant.

_____

Consolidated with
No. 06-50797
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SAMUEL WILLIAM SEFREN, also known as Samuel Sefren,

Defendant-Appellant.

--------------------
Appeals from the United States District Court
for the Western District of Texas
USDC No. 7:06-CR-8-1
USDC No. 7:06-CR-8-2
--------------------

Before REAVLEY, JOLLY, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Appealing the Judgments in Criminal Cases, Janeen Avis Sefren and Samuel William Sefren raise arguments that are foreclosed by United States v. Contreras-Trevino, 448 F.3d 821, 824 (5th Cir.), cert. denied, 127 S. Ct. 447 (2006), which held that a license plate frame is a "covering" under the Texas Transportation Code.  The Government's motion for summary affirmance is GRANTED, and the judgments of the district court are AFFIRMED.